UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



**FILED**

NOV 17 2021

Clerk, U.S. District and
Bankruptcy Courts

TRACY HALL )
)
    Plaintiff, )
)
V. ) CIVIL CASE NO. 19-1800 (BAH)
)
WASHINGTON METROPOLITAN AREA )
TRANSIT AUTHORITY )
)
    Defendants )

### JOINT ACKNOWLEDGMENT CONCERNING TRIAL EXHIBITS

Counsel acknowledge that they have jointly reviewed with the courtroom deputy the exhibits that were admitted into evidence and have agreed on what exhibits will be submitted to the jury during deliberations.

**Plaintiff:**

Exhibits: _SEE ATTACHED_

_____
Attorney for the plaintiff

Date: 11/17/21

**Defendants:**

Exhibits: _SEE ATTACHED_

_____
Attorney for the defendant

Date: 11/17/21

|   | Tracy Hall |
|---|---|
| Government ☐ | |
| Plaintiff ☑ | VS. |
| Defendant ☐ | |
| Joint ☐ | Washington Metropolitan Area Transit Authority |
| Court ☐ | |

Civil/Criminal No. 1:19-cv-01800-BAH

| | EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|
| ✓ | 1 | 2017 FMLA Application | 11/15/2021 | 11/15/2021 | TRACY HALL | 3:30 PM 11/17/2021 |
| ✓ | 2 | WMATA ADA Policy P/I 7.3.1/1 | | | | |
| ✓ | 3 | WMATA FMLA Policy P/I 7.5.7/1 | | | | |
|   | ~~4~~ | ~~WMATA Mandatory ADA Training Notice Dec 21, 2017~~ | STRICKEN | | | |
| ✓ | 5 | Response to Excessive Absences Warning Memo – Sept. 22, 2017 | | | R. DEWEY | 3:30 PM 11/17/2021 |
| ✓ | 6 | Original 2018 Performance Evaluation – Aug. 14, 2018 | | | TRACY HALL R. DUNHAM | |
| ✓ | 7 | Tracy Hall, Response to Annual – Sept. 2018 | | | R. DUNHAM | |
| ✓ | 8 | Tracy Hall, Explanation Underrated Employee Behaviors | | | | |
| ✓ | 9 | Original Performance Improvement Plan – Aug. 14, 2018 | | | TRACY HALL | |
| ✓ | 10 | PIP Weekly Status Reports – Aug.-Nov. 2018 | ✓ | ✓ | TRACY HALL R. DEWEY | ✓ |

Government ☐
Plaintiff ☑
Defendant ☐
Joint ☐
Court ☐

Tracy Hall
VS.
Washington Metropolitan Area Transit Authority

Civil/Criminal No. 1:19-cv-01800-BAH

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| ✓ 11 | PIP Support Documents – Nov. 28, 2018 | 11/15/2021 | 11/15/2021 | R. BURNS / D. HERNANDEZ / R. MCGEE | 3:30 PM 11/17/2021 |
| ✓ 12 | Emails b/w M Long and R Dewey, Subj: Step I Grievance – Aug. 16, 2019 | | | E. LOWDEN | |
| ✓ 13 | Email from E Lowden to R Dunham, Subj: RE: Phase 3 Grievance Meeting - Nov. 7, 2018 | | | E. LOWDEN | |
| ✓ 14 | Letter from W Ellis to M Long – Step III Grievance Response – Mar. 13, 2019 | | | | |
| ✓ 15 | Schedule System Specialist Interview Packets, August 23, 2018 | | | B. SMITH | |
| ✓ 16 | Schedule System Specialist Interview Ranking Summary | ↓ | ↓ | L. WRIGHT / J. HAMRE | ↓ |
| ~~17~~ | ~~Schedule System Specialist Interview Packets October 28, 2014~~ | | | | |
| ~~18~~ | ~~Interview Scoring Matrix~~ | | | | |
| ✓ 19 | CBA and MOU Between WMATA and Office and Professional Employees International Union, Local 2 | 11/15/202 | 11/15/202 | R. DEWEY | 3:30 PM 11/17/2021 |
| ✓ 20 | EMAIL RE: OUTCOME OF INTERVIEW FROM LORA WRIGHT | 11/16/2021 | 11/16/2021 | | ↓ |

| | | Tracy Hall | | | | |
|---|---|---|---|---|---|---|
| Government | ☐ | | | | | |
| Plaintiff | ☐ | VS. | | Civil/Criminal No. | 1:19-cv-01800 (BAH) | |
| Defendant | ☑ | | | | | |
| Joint | ☐ | Washington Metropolitan Area Transit Authority | | | | |
| Court | ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| ✓ 1 | November 28, 2018 Termination Letter | 11/15/2021 | 11/15/2021 | TRACY HALL / R. DEWEY / E. LOWDEN / B. CREAVALLE | 3:30 PM 11/17/2021 |
| ✓ 2 | April 3, 2013 Warning for Attendance & Performance Issues | | | TRACY HALL / EDITH LOWDEN | |
| ✓ 3 | August 9, 2017 Excessive Absences/Warning Notice | | | TRACY HALL / ROSALIND DEWEY / R. DEWEY | |
| ✓ 4 | September 19, 2017 Email from Brenda Allen to Rosalind P. Dewey | | | TRACY HALL / ROSALIND DEWEY | |
| ✓ 5 | September 22, 2017 Excessive Absences/Warning Step One Response | | | TRACY HALL / ROSALIND DEWEY | |
| ✓ 6 | October 10, 2017 Multiple Safety Violations Warning Notice | | | TRACY HALL / R. DEWEY | |
| ✓ 7 | October 20, 2017 Local 2- Tracy Hall Safety Violation Meeting Assesstment | | | ROSALIND DEWEY | |
| ✓ 8 | Tracy Hall Mid-Year and End of Year Evaluation | | | TRACY HALL / ROSALIND DEWEY | |
| ✓ 9 | Tracy Hall Performance Improvement Plan (PIP) | | | TRACY HALL / ROSALIND DEWEY | |
| ✓ 10 | August 20, 2018 Performance Evaluation Ratings v. Objectives by Rosalind P. Dewey | ✓ | ✓ | | ✓ |

| | | Tracy Hall | | | |
|---|---|---|---|---|---|
| Government | ☐ | VS. | | Civil/Criminal No. | 1:19-cv-01800 (BAH) |
| Plaintiff | ☐ | | | | |
| Defendant | ✓ | Washington Metropolitan Area Transit Authority | | | |
| Joint | ☐ | | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| ✓ 11 | September 24, 2018 Response to Step 2 Grievance by Robert Dunham | 11/15/2021 | 11/15/2021 | R. DUNHAM | 3:30 PM 11/17/2021 |
| ✓ 12 | November 6, 2018 Request for Separation by Rosalind P. Dewey | | | B. CHEAVALLE ROSALIND DEWEY | |
| ✓ 13 | November 19, 2018 Email from Robert Dunham- Final Decision Meeting Notes & Documentation | | | | |
| ✓ 14 | Final Summary of Performance Improvement Plan for Tracy Hall | | | | |
| ✓ 15 | Approved ADA Accommodation for Tracy Hall | | | TRACY HALL R. DEWEY | |
| ✓ 16 | Complaint of Food Odors | ↓ | ↓ | | ↓ |
| ~~17~~ | ~~Tracy Hall September 2017 FMLA Certification~~ | ✗ | ✗ | | |
| ✓ 18 | OBJECTION | 11/15/2021 | 11/15/2021 | R. DEWEY | 3:30 PM 11/17/2021 |
| | | | | | |
| | | | | | |