UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA



FILED
NOV 19 2021
Clerk, U.S. District and Bankruptcy Courts

| | |
|---|---|
| TRACY HALL,<br><br>        Plaintiff,<br><br>        v.<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,<br><br>        Defendant. | Civil Case No. 19-1800 (BAH)<br><br>Chief Judge Beryl A. Howell |

## VERDICT FORM

**COUNT ONE:**     Disability Discrimination—Failure to Hire

With respect to Plaintiff's claim that she was not hired as a Bus Scheduling System Specialist because she was disabled, do you find for the Plaintiff or Defendant?

        ✓ PLAINTIFF        _____ DEFENDANT

**COUNT TWO:**     Disability Discrimination—Termination

With respect to Plaintiff's claim that she was terminated because she was disabled, do you find for the Plaintiff or Defendant?

        _____ PLAINTIFF        ✓ DEFENDANT

**COUNT THREE:**     Hostile Work Environment Based on Disability

With respect to Plaintiff's claim that she was subjected to a hostile work environment because she was disabled, do you find for the Plaintiff or Defendant?

        ✓ PLAINTIFF        _____ DEFENDANT

**COUNT FOUR:**     Retaliatory Hostile Work Environment

With respect to Plaintiff's claim that she was subjected to a hostile work environment because she used a reasonable accommodation for her disability under the Rehabilitation Act of 1973, do you find for the Plaintiff or Defendant?

        _____ PLAINTIFF        ✓ DEFENDANT

IF YOU ANSWERED "DEFENDANT" FOR ALL OF THE ABOVE QUESTIONS, DO NOT ANSWER ANY FURTHER QUESTIONS AND SIGN AND RETURN THE VERDICT FORM.

IF YOU ANSWERED "PLAINTIFF" TO ONE OR MORE OF THE ABOVE QUESTIONS, PLEASE ANSWER THE FOLLOWING QUESTION:

What sum of money, if any, do you find would reasonably compensate Plaintiff for damages suffered because of Defendant's conduct?

ANSWER: $ _254,000_

Dated: NOVEMBER _19_, 2021          JURY FOREPERSON: