Civil Judgment (Rev. DC 03/2010)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 19 2021

Clerk, U.S. District and Bankruptcy Courts

TRACY HALL

    Plaintiff(s)

Civil Action No.  19-1800 (BAH)

v.

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY

    Defendant(s)

## JUDGMENT ON THE VERDICT
### FOR PLAINTIFF

This cause having been tried by the Court and a Jury, before the Honorable Chief Judge Beryl A. Howell, Judge presiding, and the issues having been duly tried and the Jury having duly rendered its verdict; now, therefore, pursuant to the verdict,

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff(s):

TRACY HALL

have and recover of and from the defendant(s):

the sum of $254,000.00.

together with costs.

ANGELA D. CAESAR, Clerk

Dated: 11/19/2021

By: Teresa Gumiel
Deputy Clerk