UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRACY HALL,**<br>　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**WASHINGTON METROPOLITAN**<br>**AREA TRANSIT AUTHORITY,**<br>　　　　**Defendant.** | Civil Action No.:  1:19-cv-01800 (BAH) |

**NOTICE OF SATISFACTION OF JUDGMENT**

　　　　Plaintiff Tracy Hall hereby notifies the Court that Defendant Washington Metropolitan Area Transit Authority has remitted full payment of the judgment entered in the above captioned proceeding. Docket No. 53.

Date: December 14, 2021

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jeremy Greenberg
　　　　　　　　　　　　　　　　　　　　　　　　Jeremy Greenberg (1024226)
　　　　　　　　　　　　　　　　　　　　　　　　Denise M. Clark (420480)
　　　　　　　　　　　　　　　　　　　　　　　　Clark Law Group, PLLC
　　　　　　　　　　　　　　　　　　　　　　　　1100 Connecticut Ave, N.W.,
　　　　　　　　　　　　　　　　　　　　　　　　Suite 920
　　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　　　　　　(202) 293-0015
　　　　　　　　　　　　　　　　　　　　　　　　jgreenberg@benefitcounsel.com
　　　　　　　　　　　　　　　　　　　　　　　　dmclark@benefitcounsel.com
　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on December 14, 2021, a true and accurate copy of the foregoing was electronically filed with the Clerk's Office served using this court's CM/ECF system, which will then serve a notice of electronic filing (NEF) on the judge and the following:

Michael K. Guss
600 Fifth Street NW
Washington, DC 20001
Phone: (202)962-1468
mkguss@wmata.com
*Counsel for Defendant*

/s/ Jeremy Greenberg
Jeremy Greenberg